**Order entered January 4, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00523-CR

### JOSE ANTONIO HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-83306-2020**

## ORDER

Before the Court is appellant's December 29, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by January 25, 2022.

/s/     DENNISE GARCIA
          JUSTICE